UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
VIDAL MAURICE WHITLEY,

                Plaintiff,

v.                                                                                          **ORDER**

NURSE ADRIAN BOWDEN, LT.                              17-cv-3564 (PMH)
ORAZIO BUCOLO, ROBERT
BENTIVEGNA, M.D.,

                Defendants.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      This matter has recently been reassigned to me. The Court has reviewed Plaintiff's letter motion (Doc. 113) and Defendants' response (Doc. 114). The application of the pro se Plaintiff is hereby DENIED.

      There has previously been four adjournments granted to the plaintiff and the Honorable Kenneth M. Karas made it clear on March 4, 2020 that no further extensions would be granted, and that Plaintiff's opposition would be deemed fully submitted if not filed by March 31, 2020. (Doc. 112). Therefore, since the Plaintiff has failed to file a response, Defendants' Motion for Summary Judgment is deemed fully submitted as of March 31, 2020.

      Defense counsel is instructed to mail a copy of said Order to the plaintiff and file proof of service thereof.

      The Clerk of the Court is instructed to terminate the letter motion (Doc. 113).

Dated: New York, New York                SO ORDERED:
       April 22, 2020

                                                                             Philip M. Halpern
                                                             United States District Judge