UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIDAL MAURICE WHITLEY,

                Plaintiff,

-against-

NURSE ADRIAN BOWDEN, et al.,

                Defendants.

**ORDER**

17-CV-03564 (PMH)

PHILIP M. HALPERN, United States District Judge:

      On October 2, 2020, the Order denying Defendants' motion for summary judgment without prejudice mailed to Plaintiff's most recent address, Wende Correctional Facility, Wende Rd., P.O. Box 1187, Alden, New York 14004-1187, was returned to sender with the notation, "Return to Sender Attempted – Not Known Unable To Forward, RTS Don't have address, Paroled 5/15/2020." In a related case, *Whitley v. NYSDOCCS*, No. 17-CV-03652, Plaintiff's most recent address is 360 St. Paul Street, Rochester, New York 14605.

      It is Plaintiff's obligation to provide the Court with an address for mail service, *see* Fed. R. Civ. P. 11(a), but he has not done so. The Court therefore directs Plaintiff, within thirty days, to provide the Court with his new mailing address. The Court will dismiss this action without prejudice if Plaintiff fails to provide the Court with an address for service.

      The Clerk of the Court is respectfully directed to mail a copy of this Order, as well as a copy of the September 17, 2020 Order denying summary judgment without prejudice (Doc. 116), to Plaintiff at 360 St. Paul Street, Rochester, New York 14605.

Dated:  New York, New York
          October 13, 2020

                                      PHILIP M. HALPERN
                                      United States District Judge